IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEDRICK PETERSON, #148313, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-156-MEF |
| | )                 [WO] |
| | ) |
| WILLIAM SEGREST, et al., | ) |
| | ) |
|     Defendants. | ) |

# **ORDER**

On July, 2007, the Magistrate Judge filed a Recommendation (Doc. # 44) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge (Doc. # 44), it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge (Doc. # 44) is ADOPTED.

2. The documents characterized by the Magistrate Judge as motions for summary judgment (*see* Doc. # 18 and Doc. # 33) filed by the Defendants are GRANTED; and

3. This case is DISMISSED with prejudice;

This Court will enter a separate final judgment taxing costs.

DONE this the 10th day of August, 2007.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE